■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT BRUNSON, Appellant. [38 NYS3d 415]—Order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered on January 8, 2014, which adjudicated defendant a level three predicate sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure from the presumptive override to level three for a prior felony sex crime conviction (*see People*

*v Gillotti*, 23 NY3d 841 [2014]). The egregiousness of the underlying sex crime against a child, as well as that of the predicate crime, likewise against a child, outweighed the mitigating factors cited by defendant. Concur—Friedman, J.P., Saxe, Moskowitz, Gische and Kahn, JJ.